```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 01838
   PHILIP J BENA
                                           CHAPTER 13

                                           JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-2270


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/16/04 and confirmed on 03/26/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  25254.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
WASHINGTON MUTUAL BANK    CURRENT MORTG          .00            .00             .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE      8336.00            .00         8336.00
MINTOM LLC                SECURED            5168.74         629.32         5168.74
B FIRST LLC               UNSECURED          4321.12         652.40         4321.12
MBNA BANK                 UNSECURED         NOT FILED          .00             .00
US BANK                   UNSECURED         NOT FILED          .00             .00
MINTOM LLC                UNSECURED           593.09          89.55          593.09
STREAMLINE CAPITAL PARTN  UNSECURED          3825.43         578.06         3825.43
DAVID P LEIBOWITZ         ORIGINAL ATTO     NOT FILED          .00             .00
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  13504.74         .00      8739.64          .00       22244.38
PRINCIPAL PAID      13504.74         .00      8739.64          .00       22244.38
INTEREST PAID         629.32         .00      1320.01          .00        1949.33
TOTAL PAID          14134.06         .00     10059.65          .00       24193.71
The Debtor's attorney, RICHARD MANN                  , was allowed $         .00
and was paid $        .00 .

The Trustee received $   1049.50 .

Refunds to the Debtor totaled $     10.79 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 11/15/07                    /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 04 B 01838 PHILIP J BENA